## William Barrow v. Leanore Sligh.

1. APPELLATE COURTS—*Jurisdiction of, as to Constitutional Questions.*—This court has no jurisdiction of cases involving the constitutionality of a statute.

Transcript, from a justice of the peace. Appeal from the Circuit Court of Cook County; the Hon. EDWARD F. DUNNE, Judge, presiding. Heard in this court at the March term, 1897. Appeal dismissed. Opinion filed June 14, 1897.

N. N. CRONHOLM, attorney for appellant.

JOHN W. RICHEY, attorney for appellee.

MR. JUSTICE GARY DELIVERED THE OPINION OF THE COURT.

This is a suit by the appellee against the appellant for wages, and the Circuit Court added to the verdict in her favor attorney fees as part of the judgment.

The appellant argues that the statute under which the court acted is unconstitutional.

That argument ousts this court of jurisdiction. Bernstein v. People, page 175 this volume.

The appeal is dismissed.